UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                Chapter 13
CLIFFORD ALEXANDER O'NEAL & PEGGY DENISE O'NEAL

Debtor(s)                                             Case No. 16-29882-E

---

## NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been filed by Sylvia Ford Brown on December 12, 2016.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall be held on 1/12/2017, at 9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

---

## MOTION TO DISMISS
## CHAPTER 13 CASE FOR SUFFICIENT GROUNDS

---

Comes now your Standing 13 Trustee who would show unto the Court that pursuant to 11 U.S.C. 1307 he or she reasonably believes there are sufficient grounds to dismiss this case.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

CC:   CHAPTER 13 TRUSTEE

      CLIFFORD ALEXANDER O'NEAL & PEGGY DENISE O'NEAL
      4792 CALLAWAY HILLS DR.
      MEMPHIS,   TN  38125

      COHN LAW FIRM