# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| In Re: | Case No. 16-29882 |
| **Clifford Alexander O'Neal** | Chapter 13 |
| **and Peggy Denise O'Neal** | |
| Debtor(s). | |

---

## MOTION TO FORGIVE MISSED PAYMENTS
---

Now comes the debtors and would show onto the Court that the debtor, Clifford Alexander O'Neal, has suffered multiple strokes and is currently in the Intensive Care Unit, and further that the plan payments will now be deducted from the wife Peggy O'Neal's pay check.

WHEREFORE, the debtor prays that the missed plan payments be forgiven.

THE COHN LAW FIRM

/s/ William A. Cohn
William A. Cohn
Attorney for the Debtors
291 Germantown Bend Cove
Cordova, TN 38018
(901) 757-5557
TN Supreme Court No. 005873
TX Supreme Court No. 04512980

### *CERTIFICATE OF SERVICE*:

  I, William A. Cohn, hereby certify that a true and correct copy of the foregoing was mailed by U.S. Mail, postage prepaid, on this day of June 29, 2018, to:

Ms. Sylvia Ford Brown
Chapter 13 Trustee
200 Jefferson Avenue, Suite 1113
Memphis, Tennessee 38103

Mr. and Mrs. Clifford O'Neal
4792 Callaway Hills Dr.
Memphis, Tennessee 38125

All Interested Parties

   /s/ William A. Cohn
   William A. Cohn