**Dated: July 10, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

| | |
|---|---|
| **In Re:** | **Case No. 16-29882** |
| **Clifford Alexander O'Neal** | **Chapter 13** |
| **and Peggy Denise O'Neal** | |
| **Debtor(s).** | |

_____

### ORDER GRANTING MOTION TO CHANGE PAYROLL DEDUCTIONS
_____

This cause came on to be heard before this Honorable Court upon the debtors' Motion to Change Payroll Deductions; and it appearing to the Court that the debtors' Payroll Deductions should be changed and that good cause therefore exists to grant the following relief:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the present employer deductions cease from the payroll of Clifford O'Neal, and instead that the plan payments in the amount of $1,272.00 instead be deducted from the co-debtor Peggy Denise O'Neal's pay check from her employer Poplar Point Nursing Home, located at 131 N. Tucker, Memphis, Tennessee, 38104;

and further that the Chapter 13 Trustee shall effectuate this Order of the Court in the debtor's Chapter 13 Plan.

APPROVED:
THE COHN LAW FIRM

/s/ William A. Cohn
William A. Cohn
Attorney for the Debtors
291 Germantown Bend Cove
Cordova, TN 38018
(901) 757-5557
TN Supreme Court No. 005873
TX Supreme Court No. 04512980

By/s/ Sylvia F. Brown
         Chapter 13 Trustee

Please Serve:
Attorney
Trustee
Debtors
Creditors
All Interested Parties