**Dated: September 11, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                                                                    IT536
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
CLIFFORD ALEXANDER O'NEAL & PEGGY DENISE O'NEAL
Debtor(s)                                           Case No. 16-29882-E
SSN(1) XXX-XX-0225 SSN2 XXX-XX-0218
```

_____
                ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENTS TO TRUSTEE
_____

In this cause, a Chapter 13 plan has been filed by the above named debtor(s) and Sylvia Ford Brown has been appointed Trustee;

IT IS THEREFORE ORDERED AND DECREED, that you begin to pay the sum $1,359.00 EVERY TWO WEEKS beginning on your next payday to:

```
                     Sylvia Ford Brown
                     Chapter 13 Trustee
                       P.O. Box 1924
                    Memphis, TN  38101-1924
```

Any correspondence, other than payments, shall be sent to 200 Jefferson Avenue, Ste. 1113, Memphis, TN 38103.

                                      /s/ Sylvia Ford Brown
                                      Trustee

CC:    Sylvia Ford Brown
LR
       CLIFFORD ALEXANDER O'NEAL & PEGGY DENISE O'NEAL
       4792 CALLAWAY HILLS DR.
       MEMPHIS, TN  38125

       COHN LAW FIRM